No. A-CV-17-80

COURT OF APPEALS OF THE NAVAJO NATION

April 22, 1981

Richard CHISCHILLY, Appellant,

vs.

Thomas O. and Lenora W. LINCOLN, Appellees.

ORDER DISMISSING APPEAL

Genevieve Chato, Esq., Window Rock, Navajo Nation (Arizona) for appellant.

On December 22, 1980, Richard Chischilly, the Defendant-Appellant, filed his withdrawal of appeal in this case, indicating the matter which was appealed had been resolved by action of the District Court. Since there is now no further action to be taken by the Court of Appeals, the appeal filed July 3, 1980 is dismissed and the judgment of the District Court is final.